# Nos. 15-2069, 15-2070, 15-2071

_____

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
_____

**ARENDI S.A.R.L.,**

*Appellant,*

v.

**APPLE INC., GOOGLE INC., MOTOROLA MOBILITY LLC,**

*Cross-Appellants.*

_____

Appeal from the United States Patent and Trademark Office,
reexamination control nos. IPR2014-00207, -00206

_____

## MOTION FOR 45-DAY EXTENSION OF TIME
## TO FILE CROSS-APPELLANTS' BRIEFS
_____

Pursuant to Rule 26(b) of the Federal Circuit Rules, cross-appellants Apple Inc., Google Inc., and Motorola Mobility LLC ("cross-appellants") respectfully move for a 45-day extension of time, to and including Monday, February 22, 2016, in which to file their response and cross-appellant briefs. Cross-appellants' briefs currently are due on Wednesday, January 6, 2016. A 45-day extension of time would make cross-appellants' briefs due on Monday, February 22, 2016 by operation of Rule 26(a)(1)(C) of the Federal Rules of Appellate Procedure. This consolidated appeal is a companion case to *Arendi S.A.R.L. v. Apple Inc.*, No.

2015-2073, which will be assigned to the same merits panel and is on the same briefing schedule. Cross-appellants are simultaneously seeking an identical extension of time for their appellee briefs in appeal No. 2015-2073.

This is the first request for an extension of time to file cross-appellants' response and cross-appellant briefs. Counsel for appellant has stated that appellant opposes the requested extension and will file a response.

Good cause exists for the requested extension. In addition to the appellee briefs in appeal No. 2015-2073, Counsel have multiple other matters pending in this Court, the Supreme Court, and other federal courts of appeals. Counsel have an opening brief due on December 23, 2015 in *USA, et al. v. State of Washington, et al.*, No. 15-35661 (9th Cir.), an answering brief due on January 6, 2016 in *Guidiville Rancheria, et al. v. USA, et al.*, No. 15-15221 (9th Cir.), a reply brief due on January 11, 2016 in *Hardie v. NCAA*, No. 15-55576 (9th Cir.), a reply brief due on January 14, 2016 in *Apple Inc. v. Far Stone Tech. Inc.*, No. IPR2015-00599 (PTAB), a reply brief due on January 15, 2016 in *Immersion Corp. v. HTC Corp.*, No. 15-1574 (Fed. Cir.), and an opening brief due on January 15, 2016 in *Bartko v. SEC*, No. 14-1070 (D.C. Cir.). Counsel will also present oral argument on January 28, 2016 in *Coniglio v. Bank of America, NA*, Nos. 14-15783, 15-11637 (11th Cir.). Furthermore, counsel recently filed briefs in opposition to petitions for writs of certiorari on December 3, 2015 in *Sam Francis Foundation, et al. v. Christie's*

*Inc., et al.*, No. 15-280 (S. Ct.), and on December 9, 2015 in *Medtronic Sofamor Danek USA, Inc. v. NuVasive, Inc.*, No. 15-85 (S. Ct.). Counsel also filed an amicus brief on December 2, 2015 in *Apple Inc. v. United States*, No. 15-565 (S. Ct.), an amicus brief on December 2, 2015 in *ACA Int'l v. FCC*, No. 15-1211 and consolidated cases (D.C. Cir.), an opening brief on December 7, 2015 in *Bockari v. California Victim Compensation and Gov't Claims Board*, No. 14-17043 (9th Cir.), and a response brief on December 21, 2015 in *ClassCo, Inc. v. Apple, Inc.*, No. 15-1853 (Fed. Cir.). Moreover, counsel had an inter partes review hearing on December 8, 2015 in *Owens Corning v. CertainTeed Corp.*, Nos. IPR2014-01397, -1401, -1402, -1403, -1404 (USPTO), and a reexamination hearing on December 11, 2015 in *SMART Modular Technologies, Inc. v. Netlist, Inc.*, No. 95/001,758 (USPTO). Finally, counsel were traveling during Thanksgiving week and have longstanding travel plans at the end of December.

For the foregoing reasons, cross-appellants respectfully request that the Court grant this extension of 45 days, to and including February 22, 2016, in which to file their response and cross-appellant briefs.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  December 22, 2015 |  |
| /s/ Matthew A. Smith | /s/ David L. Fehrman |
| MATTHEW A. SMITH | DAVID L. FEHRMAN |
| ROBERT J. KENT | MEHRAN ARJOMAND |
| TURNER BOYD LLP | ALEX S. YAP |
| Suite 640 | MORRISON & FOERSTER LLP |
| 702 Marshall Street | 707 Wilshire Boulevard |
| Redwood City, CA 94063 | Los Angeles, CA  90017 |
| Telephone:  (650) 265-6109 | Telephone:  (213) 887-8784 |
| smith@turnerboyd.com | DFehrman@mofo.com |
|  |  |
|  | BRIAN R. MATSUI |
| *Counsel for Cross-Appellants* | JOSEPH R. PALMORE |
| *Google Inc. and Motorola Mobility LLC* | SETH W. LLOYD |
|  | MORRISON & FOERSTER LLP |
|  | 2000 Pennsylvania Avenue NW |
|  | Washington, DC 20006 |
|  | Telephone:  (202) 887-8784 |
|  | BMatsui@mofo.com |
|  |  |
|  | *Counsel for Cross-Appellant* |
|  | *Apple Inc.* |

**Nos. 15-2069, 15-2070, 15-2071**
_____

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**
_____

**ARENDI S.A.R.L.,**

*Appellant,*

v.

**APPLE INC., GOOGLE INC., MOTOROLA MOBILITY LLC,**

*Cross-Appellants.*
_____

Appeal from the United States Patent and Trademark Office,
reexamination control nos. IPR2014-00207, -00206
_____

**DECLARATION OF DAVID L. FEHRMAN IN SUPPORT OF
MOTION FOR 45-DAY EXTENSION OF TIME
TO FILE CROSS-APPELLANTS' BRIEF**
_____

I, David L. Fehrman, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.  I am an attorney duly licensed to practice law in the U.S. Patent & Trademark Office, Japan, and the State of California, and I am admitted to practice before this Court. I am a Partner with the law firm of Morrison & Foerster LLP, and counsel of record for cross-appellant Apple Inc. in this action. I make this declaration in support of Apple Inc., Google Inc., and Motorola Mobility LLC's

motion for a 45-day extension of time to file their response and cross-appellant briefs, from Wednesday, January 6, 2016 to Monday, February 22, 2016.

    2.    All of the facts set out in cross-appellants' motion are, to the best of my knowledge, true and correct, and are based on my personal knowledge.

Executed on this 22nd day of December, 2015, in Los Angeles, CA.

                                        <u>/s/ David L. Fehrman</u>
                                        David L. Fehrman

# CERTIFICATE OF INTEREST

Counsel for cross-appellant Apple Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

Apple Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10% or more of the stock of the party or amicus curiae represented by me are:

N/A

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or are expected to appear in this court are:

MORRISON & FOERSTER LLP: David L. Fehrman, Mehran Arjomand, Brian R. Matsui, Alex S. Yap, Joseph R. Palmore, and Seth W. Lloyd


Dated:  December 22, 2015                /s/ David L. Fehrman
                                         David L. Fehrman

# CERTIFICATE OF INTEREST

Counsel for cross-appellants Google Inc. and Motorola Mobility LLC certifies the following:

1.  The full name of every party or amicus represented by me is:

Google Inc. and Motorola Mobility LLC

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Google Inc. and Motorola Mobility LLC

3.  All parent corporations and any publicly held companies that own 10% or more of the stock of the party or amicus curiae represented by me are:

Alphabet Inc., a publicly traded company (NASDAQ: GOOG), has more than 10% ownership of Google Inc. No publicly held company owns 10% or of Alphabet Inc.'s stock. Motorola Mobility LLC is a wholly-owned subsidiary of Motorola Mobility Holding LLC, which is a wholly-owned subsidiary of Motorola Mobility Global Holdings Limited, which is a wholly-owned subsidiary of Lenovo Group Limited.

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or are expected to appear in this court are:

Matthew A. Smith, Zhuanjia Gu, Julie S. Turner, and Robert J. Kent of Turner Boyd LLP, 702 Marshall Street, Suite 640, Redwood City, CA 94063


Dated:  December 22, 2015                /s/ Matthew A. Smith
                                         Matthew A. Smith

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on December 22, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.


Dated: December 22, 2015                /s/ David L. Fehrman
                                        David L. Fehrman


dc-814594