NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARENDI S.A.R.L.,**
*Appellant*

v.

**APPLE INC., GOOGLE INC., MOTOROLA MOBILITY LLC,**
*Cross-Appellants*

---

2015-2069, -2070, -2071

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00206 and IPR2014-00207.

--------------------------------------------------------------------------------

**ARENDI S.A.R.L.,**
*Appellant*

v.

**APPLE INC., GOOGLE INC., MOTOROLA MOBILITY LLC,**
*Appellees*

---

2015-2073

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00208.

---

**ON MOTION**

---

**O R D E R**

Apple Inc., Google Inc., and Motorola Mobility LLC move to extend by 45 days, to February 22, 2016, the time to file their response and cross-appellant briefs in the above captioned appeals. Arendi S.A.R.L. opposes the motions.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31